IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

PROMEGA CORPORATION,

       Plaintiff,

    v.

LIFE TECHNOLOGIES CORPORATION
and APPLIED BIOSYSTEMS LLC,

       Defendants.

Case No. 12-cv-49

**MOTION TO DISMISS FOR FAILURE TO JOIN A NECESSARY AND INDISPENSABLE PARTY**

NOW COME Defendants Life Technologies Corporation and Applied Biosystems, LLC, by their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(7), move the Court for an order dismissing this action.

Defendants Life Technologies Corporation and Applied Biosystems, LLC respectfully submit this motion seeking an order dismissing Plaintiff Promega Corporation's complaint in the above-entitled action pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure. The basis for the motion is set forth in the accompanying Memorandum of Law.

Respectfully submitted this 2nd day of April, 2012.

              AXLEY BRYNELSON, LLP

              /s/ *Michael J. Modl*
              Michael J. Modl
              Attorneys for Defendants
              2 E. Mifflin Street, Suite 200
              Madison, WI 53703
              Telephone: (608) 257-5661

mmodl@axley.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

/s/ *Brian Cannon*
Brian Cannon
Attorneys for Defendants
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650.801.5000 (Telephone)
650.801.5100 (Facsimile)
briancannon@quinnemanuel.com