# INVOICE

Date: **12-May-13**
Invoice:

Sold To: #2013-05-12LTvsP 1
**Judge Richard Posner**
US Circuit Judge
**219 S. Dearborn Street**
**Chicago, IL 60604**
**(312) 435-5850**

**Please Remit To:**
**Steve Lee**
2811 Lincoln Avenue
Richmond, CA 94804

| Date | Project | Activity | Hrs | Rate/ | Payment Due: |
|---|---|---|---|---|---|
| 4/24/2013-05/03/2013 | Promega v. Applied Biosystems | Coordinate scheduling, review directions, download files from email sent by Hallowell, unzip files, printing files, organize materials, preliminary review of Patent 096 and science glossaries | 16 | 500 | $8,000.00 |
| 05/04/2013-05/12/2013 | Promega v. Applied Biosystems | Continued review of Patent 096, glossaries and preliminary review of Order of April 4, 2013, opening and printing of additional zipped materials. Preliminary gathering and review of glossary terms abd definitions. | 10 | 500 | $5,000.00 |
| | | Total Due | | | $13,000.00 |

*Steve Lee*
*2811 Lincoln Avenue, Richmond, CA 94804*

**Please send to my home adddress above**