## INVOICE

**Date:**  **27-May-13**
**Invoice:**

**Sold To:**  #2013-05-12LTvsP 1
**Judge Richard Posner**
US Circuit Judge
**219 S. Dearborn Street**
**Chicago, IL 60604**
**(312) 435-5850**

**Please Remit To:**
**Steve Lee**
2811 Lincoln Avenue
Richmond, CA 94804

| Date | Project | Activity | Hrs | Rate/1 | Payment Due: |
|------|---------|----------|-----|--------|--------------|
| 05/13/2013-05/20/2013 | Promega v. Applied Biosystems | Continued file review. Start review of materials from forensic DNA site and courses for inclusion in glossaries and handouts | 18 | 500 | $9,000.00 |
| 05/21/2013-05/27/2013 | Promega v. Applied Biosystems | Continued review of materials. Continue to gather, edit and select slides for introduction to DNA powerpoints for handouts | 18 | 500 | $9,000.00 |
| | | Total Due | | | $18,000.00 |

*Steve Lee*
*2811 Lincoln Avenue, Richmond, CA 94804*

**Please send to my home adddress above**