AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

Promega Corp.
*Plaintiff*
v.
Applied Biosystems, LLC, et al.
*Defendant*

Civil Action No. 1:13-cv-02333

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: For the reasons set forth in the accompanying Opinion, Promega's "motion for summary judgment that the asserted claims of the '096 patent are invalid" is granted. Judgment is ordered entered in favor of Promega on its claim for declaratory judgment of invalidity of U.S. Patent No. RE43,096. All remaining motions and all other pending claims and counterclaims are dismissed as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Richard A. Posner   on a motion for summary judgment of invalidity of all asserted claims of U.S. Patent No. RE43,096.

Date: June 13, 2013

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*