# INVOICE

Date: **14-Jun-13**
Invoice:

**Sold To:**  #2013-05-12LTvsP 1
**Judge Richard Posner**
US Circuit Judge
**219 S. Dearborn Street**
**Chicago, IL 60604**
**(312) 435-5850**

**Please Remit To:**
**Steve Lee**
2811 Lincoln Avenue
Richmond, CA 94804

| Date | Project | Activity | Hrs | Rate/H | Payment Due: |
|---|---|---|---|---|---|
| 05/28/2013-06/03/2013 | Promega v. Applied Biosystems | Continued file review, and review of materials from forensic DNA sites and courses for inclusion in glossaries and handouts. Write first drafts of glossary and handouts | 20 | 500 | $10,000.00 |
| 06/04/2013-06/10/2013 | Promega v. Applied Biosystems | Complete introduction to DNA powerpoints for handouts and continue edits to glossary. Send files via email, follow up phone call with Hallowell and writing and submission of new glossary | 20 | 500 | $10,000.00 |
| | | Total Due | | | $20,000.00 |

*Steve Lee*
*2811 Lincoln Avenue, Richmond, CA 94804*

**Please send to my home adddress above**