**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

---

PROMEGA CORPORATION,

                Plaintiff,

      v.

                                 Civ. No.: 13–2333

APPLIED BIOSYSTEMS LLC, LIFE
TECHNOLOGIES CORPORATION,       Judge Richard A. Posner
and CALIFORNIA INSTITUTE OF
TECHNOLOGY,

                Defendants.

---

**PROMEGA CORPORATION'S NOTICE OF CROSS APPEAL**

---

       This is notice that Plaintiff Promega Corporation ("Promega") cross appeals to the United States Court of Appeals for the Federal Circuit from the following insofar as they are adverse to Promega: the final judgment entered in this action on June 13, 2013, (Dkt. No. 471), the Court's orders entered in this action on June 12, 2013, (Dkt. No. 470), and on April 4, 2013, (Dkt. No. 274), and all orders and rulings leading up to, subsumed within, and ancillary to the aforementioned judgment and orders.

       Dated this 28th day of June, 2013.

                        Respectfully submitted,

                        /s/   Cyrus A. Morton

                        Martin R. Lueck
                        Cyrus A. Morton (admitted *pro hac vice*)

Sharon E. Roberg-Perez (admitted *pro hac vice*)
Denise S. Rahne (admitted *pro hac vice*)
Brian S. Carter (admitted *pro hac vice*)
Li Zhu (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
Minneapolis, Minnesota 55402
(612) 349–8500

Ronald M. Daignault (admitted *pro hac vice*)
Matthew B. McFarlane (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
601 Lexington Avenue, 34th Floor
New York, New York 10022
(212) 980–7400

*Attorneys for Plaintiff Promega Corp.*

## CERTIFICATE OF SERVICE

I, Brian S. Carter, hereby certify that on June 28, 2013, a true and correct copy of

PROMEGA CORPORATION'S NOTICE OF CROSS APPEAL was served upon the

following individuals by the method(s) indicated below:


Brian Cannon                                                                    Via ecf
Natasa Pajic
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
briancannon@quinnemanuel.com
natasapajic@quinnemanuel.com


Rory Miller                                                                     Via ecf
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
rorymiller@quinnemanuel.com


Robyn M. Bowland                                                                Via ecf
Laura L. Norris
Quinn Emanuel Urquhart & Sullivan
500 W. Madison St.,
Suite 2450
Chicago, IL 60661
robynbowland@quinnemanuel.com
lauranorris@quinnemanuel.com


Clark Craddock                                                                  Via ecf
Linda J. Brewer
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
clarkcraddock@quinnemanuel.com
lindabrewer@quinnemanuel.com

Colin Cabral                                                    Via ecf
Life Technologies Corporation
5791 Van Allen Way
Carlsbad, CA 92008
colin.cabral@lifetech.com

Michael J. Modl                                                 Via ecf
Andrew J. Clarkowski
AXLEY BRYNELSON, LLP
2 E. Mifflin Street, Suite 200
Madison, WI 53703
mmodl@axley.com
aclarkowski@axley.com

                                              /s/ *Brian S. Carter*
                                              Brian S. Carter

75405591.1